UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRANCE D. CHASE, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case 3:21-CV-749-B-BK |
| § | |
| CITY OF RICE TEXAS, § | |
| Defendant. § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of November, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE